**TODD H. MASTER [SBN: 185881]**
tmaster@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF SAN BRUNO (also sued herein as
CITY OF SAN BRUNO POLICE DEPARTMENT),
NEIL TELFORD, RYAN JOHANSEN, AMANDA
REALYVASQUEZ (sued herein as REALYVASQUEZ),
MATTHEW PERENCIN (sued herein as M. PERENCIN), and
ANDREW HARPER (sued herein as HARPER)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HERRICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SAN BRUNO, et al.<br><br>　　　　Defendants. | Case No. 3:14-cv-00961 JSW<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41 (a) (1)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by plaintiff DENNIS HERRICK against defendants CITY OF SAN BRUNO (also sued herein as CITY OF SAN BRUNO POLICE DEPARTMENT), NEIL TELFORD, RYAN JOHANSEN, AMANDA REALYVASQUEZ (sued herein as REALYVASQUEZ), MATTHEW PERENCIN (sued herein as M. PERENCIN), and ANDREW HARPER (sued herein as HARPER)(collectively, "defendants") and all others is

---
STIPULATION OF DISMISSAL AND ORDER; Case No. 3:14-cv-00961
1

1  dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear
2  their own costs and attorney fees.

3  HOWARD ROME MARTIN & RIDLEY LLP

5  Dated: February 26, 2015    By: /s/ Todd H. Master
   Todd H. Master
6  Attorneys for Said Defendants

7  LAW OFFICES OF PANOS LAGOS

9  Dated: February 26, 2015    By: /s/ Panos Lagos
   Panos Lagos
10  Attorneys for Plaintiff

## ORDER

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: February 26, 2015    _/s/ Jeffrey S. White_
Honorable Jeffrey S. White

STIPULATION OF DISMISSAL AND ORDER; Case No. 3:14-cv-00961